UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOUNDKIDS PRODUCTIONS, INC.,

Plaintiff,

v.

i9 SPORTS CORPORATION,

Defendant.

C18-673 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Remand, docket no. 14, is DENIED.

(2) Defendant's Motion to Dismiss, docket no. 7, is GRANTED. Pursuant to paragraph 24.3 of the Agreement the parties agreed to participate in mediation prior to litigation. (Vimalassery Declaration, docket no. 8, Ex. A.) This condition has not been satisfied. The failure to comply with this condition precedent is a bar to this action. This case is DISMISSED without prejudice so that the parties can attempt to resolve their dispute by mediation.

(3) Defendant's request for costs and fees is DENIED.

(4) Defendant's Motion to Compel Mediation, docket no. 23, is STRICKEN as moot.

(5) The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of June, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1